Case 12-17315    Filed 08/24/12    Doc 5

2012-17315
FILED
August 24, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004407466

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DeNATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847

Proposed Attorneys for Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>GRACELAND DAIRY, INC.<br><br>Debtor-in-Possession. | Case No.<br><br>Chapter 11<br><br>Date: N/A<br>Time: N/A<br>Place: U. S. Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Fresno, California<br>Judge: To be determined |

## NOTICE OF RELATED CASES

**NOTICE IS HEREBY GIVEN THAT** GRACELAND DAIRY, INC. (Debtor") filed a Voluntary Petition under Chapter 11 in the United States Bankruptcy Court for the Eastern District of California on August 24, 2012. John and Grace Visser, John Visser Dairy, Inc., Visser Ranch Transport, Inc., Dairyman's Calf Ranch, Inc., Lariat Dairy, Inc., and Visser Ranch, Inc. each filed a Voluntary Petition Under Chapter 11 in the United States Bankruptcy Court for the Eastern District of California on August 24, 2012. Debtor, John and Grace Visser, John Visser Dairy, Inc., Visser Ranch Transport, Inc., Dairyman's Calf Ranch, Inc., Lariat Dairy, Inc. and Visser Ranch, Inc. are affiliated entities and accordingly, the cases should be deemed related under Local Rule 1015-1(b)(5).

Dated: August 24, 2012

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN,
Proposed Attorneys for Debtors in Possession